## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DONYAE SCOTT | No. 3:25-cr-24 (SRU) |

### ORDER REDUCING TERM OF SUPERVISED RELEASE

On November 29, 2021, Mr. Scott appeared before the Honorable Freda L. Wolfson in the District of New Jersey and pled guilty to one count of possession with intent to distribute a mixture and substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). *See United States v. Donyae Scott*, Dkt. No. 3:21-cr-00874-ZNQ-1 ("Criminal Case"), Doc. No. 22; Criminal Case, Doc. No. 24.

On April 5, 2022, Mr. Scott was sentenced 46 months' imprisonment, and a four-year term of supervised release. Criminal Case, Doc. No. 30; Criminal Case, Doc. No. 32.

Mr. Scott began his term of supervised release on December 29, 2023. Doc. No 1 at 1. His supervised release is expected to terminate on December 28, 2027. *Id.*

On February 18, 2025, jurisdiction of Scott's supervised release was transferred to this District. *Id.*

On February 11, 2025, Mr. Scott successfully completed all four phases of the Bridgeport Reentry Court Program in the District of Connecticut.

In light of Mr. Scott's Reentry Court graduation, and in accordance with 18 U.S.C. § 3583(e), the Court **ORDERS** Mr. Scott's term of supervised release be reduced by one year. Mr. Scott's term of supervised release shall now conclude on December 28, 2026. The Judgment shall remain the same in all other respects.

**SO ORDERED** at Bridgeport, Connecticut, this 26th day of February 2025.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge
